**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://www.instagram.com/p/CjDtvxuhFle/

